# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

ctucker@faillacelaw.com

December 17, 2020

**VIA ECF**
Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
Courtroom: 14A
500 Pearl St.
New York, NY 10007-1312

```
The Clerk is directed to transfer this case
to the Eastern District of New York pursuant
to 28 U.S.C. § 1406.
SO ORDERED
                           /s/ John G. Koeltl
December 18, 2020          John G. Koeltl
New York, NY                   U.S.D.J
```

Re: Baudilio Ixqueptap et al v. Dera Restaurant, Inc. et al
1:20-cv-10254-AT

Your Honor:

This office represents Plaintiff in the above-named action. We submit this letter in response to the Court's Order dated December 10, 2020. Dkt. No. 9.

We respectfully submit that due to a filing error this action was filed in the Southern District. It should have been filed in the Eastern District. We consent to the Court's transfer of this action to the United States District Court for the Eastern District of New York

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Clifford R. Tucker*
Clifford R. Tucker
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiffs