UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MANUEL BAUDILIO EXQUEPTAP,
individually and on behalf of others similarly
situated,

               Case 1:20-cv-06275-PKC-VMS

        Plaintiff,

  -against-                    **JUDGMENT**

DERA RESTAURANT, INC. (D/B/A
DERA), MOHAMMAD S ULLAH, and
OSCAR RIVERA,

        Defendants.
---------------------------------------------------------X

On __9/22/2021__ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff MANUEL BAUDILIO EXQUEPTAP, have judgment against Defendants DERA RESTAURANT, INC. (D/B/A DERA), MOHAMMAD S ULLAH, and OSCAR RIVERA, (collectively "Defendants"), jointly and severally, in the amount of $20,000.00, (Twenty Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.
.

Dated: __September 22__, 20_21_    SO ORDERED,

                                            *s/Pamela K. Chen*